IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENEVA COLLEGE, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Civil Action No. ) 2:12-cv-00207-JFC |
| v. | ) ) |
| KATHLEEN SEBELIUS, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants, Kathleen Sebelius, in her official capacity as Secretary of Health and Human Services; the United States Department of Health and Human Services; Thomas E. Perez, in his official capacity as Secretary of Labor; the United States Department of Labor; Jacob Lew, in his official capacity as Secretary of the Treasury; and the United States Department of the Treasury, hereby appeal to the United States Court of Appeals for the Third Circuit the Order Granting Preliminary Injunction (Dkt. No. 115), entered December 23, 2013.

Respectfully submitted this 11th day of February, 2014,

STUART F. DELERY
Assistant Attorney General

DAVID J. HICKTON
United States Attorney

JENNIFER RICKETTS
Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS (VA Bar No. 83212)

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, D.C. 20530
Telephone: (202) 514-3367
Facsimile: (202) 616-8470
Email: bradley.p.humphreys@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2014, I caused a true and correct copy of the foregoing to be served on plaintiffs' counsel by means of the Court's ECF system.

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS