UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 19, 2014
DCO-118

No. 13-2814

GENEVA COLLEGE; WAYNE L. HEPLER;
THE SENECA HARDWOOD LUMBER COMPANY, INC., a
Pennsylvania Corporation; WLH ENTERPRISES, a Pennsylvania Sole
Proprietorship of Wayne L. Hepler; CARRIE E. KOLESAR

v.

SECRETARY UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES;
SECRETARY UNITED STATES DEPARTMENT OF LABOR;
SECRETARY UNITED STATES DEPARTMENT OF THE TREASURY;
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;
UNITED STATES DEPARTMENT OF LABOR;
UNITED STATES DEPARTMENT OF THE TREASURY,
                                                       Appellants

(W.D. Pa. No. 2-12-cv-00207)

Present:  SMITH, HARDIMAN and KRAUSE, Circuit Judges

1. Motion by Appellees to Lift Stay and For Summary Action Affirming the Order;

2. Response by Appellants to Motion to Lift Stay and For Summary Action Affirming the Order.

Respectfully,
Clerk/tmm

_____ORDER_____

The foregoing motion to lift the stay is DENIED at this time. The government shall advise the Court of its position not later than September 5, 2014.

By the Court,

s/ Thomas M. Hardiman
Circuit Judge

Dated:  August 28, 2014
tmm/cc: all counsel of record